United States District Court
Southern District of Texas
**ENTERED**
October 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE A. MALDONADO, *et al.*, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-20-1484 |
| FIRSTSERVICE RESIDENTIAL, INC., *et al.*, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING AGREED PERMANENT INJUNCTION

The following agreed permanent injunction is entered as to Jose A. Maldonado and Maria R. Maldonado, the plaintiffs, and Royal Brook Community Association, Inc. and FirstService Residential, Inc., the defendants.

Based on the parties' submissions, the hearings, the record, and the applicable law, the court enters the following:

1) Jose and Maria Maldonado, the plaintiffs, own the residence located at 3211 Skylark Valley Trace, Porter, Texas 77365, inside the Royal Brook at Kingwood subdivision, Section 1.

2) The plaintiffs own Kingwood Rental, LLC. Kingwood Rental owns a trailer registered with the State of Texas and Jose Maldonado owns a trailer also registered with the State of Texas. Kingwood Rental also owns a white Ford 250 van, also registered with the State of Texas and bearing license plate number MXN-7414.

The following injunction is effective immediately and, unless otherwise modified by the court, is binding on: the parties; on their agents, servants, employees, and attorneys; and on those

persons in active concert or participation with them who receive actual notice of this injunction by personal service or otherwise:

The plaintiffs are enjoined from parking or storing the white Ford 250 van and Kingwood Rental trailer in the subdivision, except as follows:

1) The plaintiffs may park their white Ford 250 van in the driveway of their residence, but if two vehicles, including the van, are parked in the driveway of the residence, the plaintiffs may park a third vehicle of their choosing on the street immediately in front of their residence.

2) The plaintiffs may park the trailer owned by Kingwood Rental or the trailer owned by Mr. Maldonado in the driveway of their residence, and only in the driveway, from the hours of 6:00 a.m. to 6:00 p.m., or a portion thereof, for eight days in 2022. The plaintiffs must provide at least 24 hours advance notice in writing to Royal Brook Community Association of their intent to park the trailer in the driveway of their residence. Additional requests to park either trailer in the driveway for the purpose of emergency or other repairs or maintenance to the residence, from the hours of 6:00 a.m. to 6:00 p.m., or a portion thereof, must be specific and presented in writing to, and not unreasonably denied or limited by, the Royal Brook Community Association.

The court retains jurisdiction for the purpose of implementing and enforcing this permanent injunction, including to enter additional orders to effectuate the fair and orderly

implementation of the injunction and to resolve disputes arising from or relating to the injunction.

SIGNED on October 20, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge